UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TRIANGLE RIVER, LLC,

    Plaintiff,

v.                                  Case No. 3:17-cv-1078-J-32MCR

CAROLINE SQUARE REALTY,
LLC,

    Defendant.

_____

**O R D E R**

This case is before the Court on the Motion to Dismiss or Alternatively to Stay Proceedings and Compel Arbitration (Doc. 23). On July 19, 2018, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 31) recommending that the motion be granted, the parties be directed to arbitrate their claims and submit periodic reports on the status of arbitration, and that the Clerk stay and administratively close the file. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 31), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 31) is **ADOPTED** as the opinion of the Court.

2. Defendant's Motion to Dismiss or Alternatively to Stay Proceedings and Compel Arbitration, (Doc. 23), is **GRANTED**.

3. This case is **STAYED** pending the resolution of arbitration.

4. Every ninety days, the parties shall file with the Court an arbitration status update.

5. The Clerk shall administratively close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 22nd day of August, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of record